# SUPREME COURT OF HAWAI'I

**March 18, 1996**

| | | |
|---|---|---|
| 16208 | Kepley v. Shults | Affirmed |
| 16926 | Montalbo v. State | Affirmed |
| 17892 | State v. Akahi | Affirmed |
| 17997 | Olson v. Coronel | Dismissed |
| 18010, 18037 | State v. Mamac;  State v. Arashiro | Vacated and remanded [1] |
| 18443 | Joyo v. Heely | Affirmed |
| 18460 | State v. Sydney | Affirmed |
| 18493 | State v. Adams | Affirmed |
| 18496 | State v. Heinrich | Affirmed |
| 18525 | State v. Cunningham | Affirmed |
| 18782 | State v. Dickinson | Affirmed |
| 18793 | State v. Wong | Affirmed |
| 18835 | State v. Girty | Affirmed |
| 18873 | State v. Nicolas | Reversed |
| 18879 | State v. Perez | Vacated and remanded for refiling of the criminal information |
| 18953 | Calleja v. United Airlines, Inc. | Affirmed |
| 18977 | State v. Nguyen | Affirmed |
| 19006 | State v. Guerpo | Affirmed |
| 19007 | State v. Guerpo | Affirmed |
| 19019 | State v. ADLRO | Affirmed |
| 19038 | State v. Feldhacker | Affirmed |
| 19050 | State v. Jim | Affirmed |
| 19061 | State v. Kahikina | Affirmed |
| 19084 | State v. Kamai | Affirmed |
| 19117 | Kim v. Administrative Director | Affirmed |

**March 25, 1996**

| | | |
|---|---|---|
| 18182 | Western Farm Credit Bank v. County of Hawai'i | Affirmed |

[1] Vacated and Remanded for hearing on the merits of Appellant's HRPP 48 motion.  *See, Dwyer*, 78 Hawai'i 367, 893 P.2d 795; *Lau*, 78 Hawai'i 54, 890 P.2d 291.